**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Terry GRIFFITH, Defendant–
Appellant.**

**No. 05–30428.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 23, 2006.

Stephanie J. Lister, Esq., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Terence M. Ryan, Esq., Spokane, WA, for Defendant–Appellant.

Before: LEAVY, W. FLETCHER, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Terry Griffith appeals from the 57–month sentence imposed following his

guilty-plea conviction for possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Griffith contends that the district court erred by failing to discuss all of the factors set forth in 18 U.S.C. § 3553(a), omitting a discussion of the kinds of sentences available. However, "[a] district court is not required to refer to each factor listed in § 3553(a)." *United States v. Mix,* 457 F.3d 906, 912 (9th Cir.2006). Further, the record reflects that the district court accurately calculated the applicable Guidelines range, and "gave thoughtful attention to factors recognized in § 3553(a)." *United States v. Marcial–Santiago,* 447 F.3d 715, 719 (9th Cir.2006). We conclude that the sentence imposed on Griffith, at the low end of the applicable Guidelines range, was not unreasonable in light of 18 U.S.C. § 3553(a). *See Mix,* 457 F.3d at 914.

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Wendell David WENEE, Defendant–
Appellant.**

**No. 05–30531.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Oct. 16, 2006.*

Filed Oct. 23, 2006.

Michelle R. Mallard Fax, Office of the U.S. Attorney, Pocatello, ID, for Plaintiff–Appellee.

Steven V. Richert, Esq., Federal Defenders Eastern Washington and Idaho, Pocatello, ID, for Defendant–Appellant.

Before: LEAVY, W. FLETCHER, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Wendell David Wenee appeals from the 42–month sentence imposed after his guilty-plea conviction for being in unlawful possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Wenee contends the sentence imposed was unreasonable because the district court failed to analyze adequately the factors enumerated in 18 U.S.C. § 3553(a). However, a review of the record reveals that the sentence imposed for the offense was not unreasonable in light of Wenee's criminal and personal history. *See United States v. Plouffe*, 445 F.3d 1126, 1131 (9th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006).

Wenee also contends the district court unreasonably imposed a sentence that ran partially consecutive to his state sentence. However, the district court's imposition of a partially consecutive sentence is consis-

tent with the Sentencing Guidelines' policy that sentences be imposed consecutively to those imposed for revocation of state parole, and was therefore not unreasonable. *See* U.S.S.G. § 5G1.3, cmt. n. 3(C).

**AFFIRMED.**

Ricardo LOPEZ, Petitioner–Appellant,

v.

Scott KERNAN, Warden; et al., Respondents–Appellees.

No. 05–16279.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 23, 2006.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).